UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CBE CABOT WEST, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ACADIA INSURANCE GROUP<br>d/b/a Union Insurance Company,<br><br>    Defendant. | Civil Action No.: 1:21-CV-11746 |

## NOTICE OF SETTLEMENT

The Parties in this matter hereby inform the Court that this case has been settled in its entirety. The Parties respectfully request that the appropriate nisi order be issued upon receipt of this notice of full and complete settlement.

Dated: March 3, 2023

                                        Respectfully Submitted,
                                        CBE CABOT WEST, LLC
                                        PLAINTIFF
                                        by its attorney

                                        ___s/Andrew P. Botti_____
                                        Andrew P. Botti
                                        BBO #558755
                                        APB LAW LLC
                                        129 Chestnut Street
                                        Andover, MA 01810
                                        (978) 221-8845
                                        andrew@apbottilaw.com

Respectfully submitted,
The Defendant,
ACADIA INSURANCE GROUP
d/b/a Union Insurance Company,

By Its Attorneys,

**MORRISON MAHONEY LLP**

*William A. Schneider*
_____

William A. Schneider
BBO #636421
250 Summer Street
Boston, MA  02210
Tel: (617) 439-7573
Fax: (617) 342-4951
*wschneider@morrisonmahoney.com*

## Certificate of Service

I hereby certify that on March 3, 2023, an electronic copy of this document was sent to counsel for the Defendant via ECF electronic mail.

By: */s/ Andrew P. Botti*_____

2