UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CBE CABOT WEST, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>ACADIA INSURANCE GROUP<br>d/b/a Union Insurance Company,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.: 1:21-CV-11746-JCB<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) the parties to this action hereby stipulate that said action be dismissed with prejudice and without costs.

|  | Respectfully Submitted, |
|---|---|
| CBE CABOT WEST LLC<br>By its Attorney, | ACADIA INSURANCE GROUP D/B/A<br>UNION INSURANCE COMPANY,<br>By its attorneys,<br>Morrison Mahoney, LLP |
| /s/ Andrew P. Botti<br>Andrew P. Botti<br>BBO# 558755<br>APB LAW LLC<br>129 Chestnut Street<br>Andover, MA 01810<br>andrew@apbottilaw.com | /s/William A. Schneider<br>William A. Schneider, BBO #636421<br>250 Summer Street<br>Boston, MA 02210<br>Tel: (617) 439-7573<br>wschneider@morrisonmahoney.com |

Dated: April 4, 2023